2023-13653 D
#440

BRENER & KRAUS, LLC

1627 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
P (504) 302-7802
F (504) 304-4759

July 17, 2023

***Via Facsimile: (985) 809-8777***
Clerk of Court
22nd Judicial District Court
Parish of St. Tammany
701 North Columbia Street
Covington, Louisiana 70433

Re: The Morgan Law Group v. Matthew Averill, Brian G. Reaney, II, and Averill and Reaney Counselors at Law, LLC

To Whom It May Concern:

Attached please find a Petition for Damages related to the above referenced matter. Please fax-file the attached in the court record and upon receipt of your fax confirmation we will forward the original along with our firm check to cover the cost of filing and service via Federal Express.

Thank you in advance for your courtesies.

Cordially yours,

Douglas R. Kraus

DRK/cal
Attachment

FAX
JUL 17 2023
COPY

LISA BRENER | 1954-2019 DOUGLAS R. KRAUS PARTNER | DKRAUS@BRENERLAWFIRM.COM
SUSANNAH C. MCKINNEY PARTNER | SMCKINNEY@BRENERLAWFIRM.COM

TWENTY-SECOND JUDICIAL DISTRICT COURT FOR ST. TAMMANY PARISH

STATE OF LOUISIANA

NO.: DIVISION " "

THE MORGAN LAW GROUP

VERSUS

MATTHEW AVERILL, BRIAN G. REANEY, II, AND AVERILL AND REANEY COUNSELORS AT LAW, LLC

FILED ____________________ ____________________ DEPUTY CLERK

****************************************************************************

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes The Morgan Law Group, P.A., a professional legal corporation with a principal place of business in Coral Gables, Florida who represents:

1.

The Morgan Law Group, P.A., is a professional legal corporation with a principal place of business in Coral Gables, Florida and a registered office in St. Tammany Parish, Louisiana.

2.

Made Defendants herein are:

a) Matthew Averill, a member of Averill & Reaney Counselors at Law, LLC (hereinafter "Averill & Reaney"), and a former senior associate attorney with The Morgan Law Group, believed to be a resident of and domiciled in St. Tammany Parish;

b) Brian G. Reaney, II, a member of Averill & Reaney, and a former senior associate attorney with The Morgan Law Group, believed to be a resident of and domiciled in St. Tammany Parish; and

c) Averill & Reaney, Counselors at Law, LLC, a limited liability corporation with its principal place of business in St. Tammany Parish, Louisiana.

3.

Venue is proper in the Parish of St. Tammany, because Averill & Reaney is located in this parish, the Louisiana office of The Morgan Law Group is located in this parish, and the tortious conduct at issue occurred within this parish as did the damages sustained by Plaintiff herein.

FAX

JUL 17 2023

COPY


4.

On June 20, 2023, while still employed by The Morgan Law Group, Matthew Averill and Brian G. Reaney, II formed and registered the limited liability corporation of Averill & Reaney Counselors at Law, LLC.

5.

On the afternoon of July 7, 2023, in an email to Thomas Morgan, Matthew Averill and Brian Reaney resigned from The Morgan Law Group effective immediately.

6.

During their employment with The Morgan Law Group, Matthew Averill and Brian Reaney assisted with the management of cases filed by The Morgan Law Group's Louisiana clients, primarily consisting of hurricane property damage claims.

7.

Prior to their resignation from The Morgan Law Group, Matthew Averill and Brian Reaney came to an agreement to leave their employment with it, solicit The Morgan Law Group's Louisiana clients, including those with whom they had no significant client or personal contacts, defame The Morgan Law Group, interfere with The Morgan Law Group's contractual and business relations with its Louisiana Clients, commit fraud against The Morgan Law Group and take and convert any and all The Morgan Law Group data necessary in order to facilitate their civil conspiracy.

8.

Prior to their resignation from The Morgan Law Group, Matthew Averill and Brian Reaney accessed and downloaded data from the Louisiana client files maintained in The Morgan Law Group's case file database including those with whom they had no significant client or personal contacts.

9.

At least as early as the morning after their resignation from The Morgan Law Group, Matthew Averill and Brian Reaney began directly soliciting The Morgan Law Group's Louisiana clients, including those with whom they had no significant client or personal contacts.

10.

In their communications with The Morgan Law Group's Louisiana clients, Matthew Averill and Brian Reaney misrepresented to the clients that The Morgan Law Group would not

FAX

JUL 17 2023

COPY
Ex. A - State Court Record

have an attorney licensed in Louisiana to handle their cases and that the clients would lose their cases or suffer detrimental consequences if they maintained representation by The Morgan Law Group, in violation of Rule 7.4 of the Louisiana Rules of Professional Conduct.

11.

Prior to their resignation from The Morgan Law Group, Matthew Averill and Brian Reaney delayed the processing and/or payment of settlements in cases in which a settlement agreement in principle had been reached and/or delayed the entry of data regarding those pending settlements into The Morgan Law Group's case management database in anticipation of their resignation from The Morgan Law Group and solicitation of The Morgan Law Group's Louisiana clients.

12.

Matthew Averill and Brian Reaney, through their counsel, have expressed an intention to continue contacting the Louisiana clients of the Morgan Law Group and refused to limit their communications to those clients with whom Matthew Averill and Brian Reaney had significant client or personal contacts.

13.

The Morgan Law Group is no longer receiving pleadings and filing notices from the Federal Courts in Louisiana and believes that Matthew Averill and Brian Reaney changed their profiles with the federal courts and removed The Morgan Law Group's email contacts from The Morgan Law Group's Louisiana cases.

***Count One: Defamation***

14.

Upon information and belief, Plaintiff alleges that Defendants, Matthew Averill, Brian Reaney, and Averill & Reaney, defamed Plaintiff to multiple individuals and entities on multiple occasions, by making false statements concerning Plaintiff as set forth in this Petition, resulting in substantial, ongoing damage to Plaintiff, including but not limited to damage to its reputation, interference with contractual relations with its clients, interference with its business relationships, and the loss of income and the potential for loss of future income.

15.

Matthew Averill and Brian Reaney's defamatory statements were made by them in the course and scope of their employment with Averill & Reaney, and as such, Averill & Reaney is liable for the damages sustained by Plaintiff as a result of the defamatory statements made and

FAX

JUL 17 2023

Ex. A - State Court Record
COPY

published by Matthew Averill and Brian Reaney, and republished by 3rd parties to whom Matthew Averill, Brian Reaney and Averill & Reaney made the defamatory statements.

***Count Two: Intentional Interference with The Morgan Law Group's Contractual Relationships with its Louisiana Clients***

16.

Petitioner realleges and reasserts as applicable the foregoing allegations as if copied herein.

17.

Beginning on or about July 7, 2023, Matthew Averill and Brian Reaney started directly soliciting The Morgan Law Group's Louisiana clients, including those with whom they had no significant client or personal contacts. The Morgan Law Group had existing contracts with each of its Louisiana clients, a fact that Mr. Averill and Mr. Reaney were acutely aware.

18.

Despite being aware of The Morgan Law Group's existing contractual relationships with its Louisiana clients, Matthew Averill and Brian Reaney contacted virtually all of the Louisiana clients and misrepresented to them that The Morgan Law Group would not have an attorney licensed in Louisiana to handle their cases and the clients would lose their cases or suffer detrimental consequences if they maintained representation by The Morgan Law Group, in violation of Rule 7.4 of the Louisiana Rules of Professional Conduct. These statements were false and defamatory.

19.

The actions of Matthew Averill, Brian Reaney, and Averill & Reaney, individually and collectively amount to Intentional Interference of Contractual Relations with The Morgan Law Group's contracts with its Louisiana clients.

20.

As of this date, sixty (60) of The Morgan Law Group's Louisiana clients have terminated their representation by The Morgan Law Group as a result of the misrepresentations of and interference by Matthew Averill, Brian Reaney, and Averill & Reaney.

21.

As such, Matthew Averill, Brian Reaney, and Averill & Reaney are liable to The Morgan Law Group for the damages it has sustained and continues to sustain as a result of the loss of its

FAX
JUL 17 2023
COPY

Ex. A - State Court Record

compensation pursuant to its contracts with its Louisiana clients that have terminated, or will in the future terminate their representation with The Morgan Law Group based upon the misleading, false, and defamatory statements of Mr. Averill and Mr. Reaney.

***Count Three: Intentional Interference with The Morgan Law Group's Business Relationships with its Louisiana Clients***

22.

Petitioner realleges and reasserts as applicable the foregoing allegations as if copied herein.

23.

In addition to intentionally interfering with the Morgan Law Group's contractual relations with its Louisiana clients, the actions outlined above constitute tortious interference with The Morgan Law's business relationships.

24.

The actions of Matthew Averill, Brian Reaney, and Averill & Reaney, in misrepresenting to The Morgan Law Group's Louisiana clients that it would not have an attorney licensed in Louisiana to handle their cases and that the clients would lose their cases or suffer detrimental consequences if they maintained representation by The Morgan Law Group, constitutes malicious and wanton interference with The Morgan Law Group's business relationships and does not protect a legitimate interest of the Defendants.

25.

The actions of Matthew Averill, Brian Reaney, and Averill & Reaney outlined above evidence that the Defendants improperly influenced The Morgan Law Group's Louisiana clients not to deal with The Morgan Law Group. As such, the Defendants are liable to the Morgan Law Group for the damages it has sustained and continues to sustain as a result of the loss of its compensation pursuant to its business relationships with its Louisiana clients that have ceased their business relationships, or will cease their business relationships in the future with The Morgan Law Group based upon the misleading, false and defamatory statements of Mr. Averill and Mr. Reaney.

***Count Four: Fraud***

26.

Petitioner realleges and reasserts as applicable the foregoing allegations as if copied herein.

27.

FAX

JUL 17 2023

Ex. A - State Court Record

COPY

Pursuant to LSA-C.C. Art 1953, fraud is a misrepresentation or a suppression of the truth made with the intention either to obtain an unjust advantage for one party or to cause a loss or inconvenience to the other. Fraud may also result from silence or inaction.

28.

The misleading, false and defamatory statements made by Matthew Averill, Brian Reaney, and Averill & Reaney to The Morgan Law Group's Louisiana clients that The Morgan Law Group would not have attorneys licensed in Louisiana to handle their cases and that the clients would lose their cases or suffer detrimental consequences if they maintained representation by The Morgan Law Group were made with the intention of obtaining an unjust advantage over The Morgan Law Group. Therefore, the statements as outlined above constitute fraud on the part of the Defendants.

***Count Five: Conversion***

29.

Petitioner realleges and reasserts as applicable the foregoing allegations as if copied herein.

30.

Conversion occurs when a party acquires possession in an unauthorized manner; moves property from one place to another with the intent to exercise control over it; transfers possession without authority; withholds possession from the owner/possessor; alters or destroys property; or uses it improperly.

31.

The Defendants' extraction of data relating to The Morgan Law Group's Louisiana clients from the database created, operated, and maintained by The Morgan Law Group for Defendants' own unauthorized purposes and improper use of soliciting the Louisiana clients of The Morgan Law Group constitutes unlawful conversion of The Morgan Law Group's property.

***Count Six: Civil Conspiracy***

32.

Petitioner realleges and reasserts as applicable the foregoing allegations as if copied herein.

33.

The Defendants agreement to leave their employment with The Morgan Law Group prior to their resignation, solicit The Morgan Law Group's Louisiana clients, including those with whom they had no significant client or personal contacts, defame The Morgan Law Group, interfere with The Morgan Law Group's contractual and business relations with its Louisiana Clients, commit

FAX
JUL 17 2023

Ex. A - State Court Record
COPY

fraud against The Morgan Law Group and take and convert any and all The Morgan Law Group data necessary in order to facilitate their agreement amounts to a civil conspiracy under Louisiana Civil Code Article 2324 and therefore, the Defendants are answerable, in solido, for the damages caused by their acts including those outlined in Counts One through Five outlined herein.

***Trial by Jury***

34.

The amount in controversy far exceeds $10,000, and Plaintiff is entitled to and requests a trial by jury.

WHEREFORE, Plaintiff, The Morgan Law Group, prays that Matthew Averill, Brian Reaney, and Averill & Reaney, be served with this lawsuit and that judgment be issued against Defendants for an award individually, jointly, and/or *in solido*, for all damages sustained by Plaintiff, including but not limited to for all amounts owed to it pursuant to its contracts with its Louisiana clients, loss of attorney's fees from those contracts, damage to its reputation, past interference with its representation of its Louisiana clients, for Defendants' tortious interference with Plaintiff's contractual and business relationships, the fraudulent actions of Defendants, the conversion of Plaintiff's client data and files, and economic damages, relating thereto, including penalties, costs, and attorney's fees.

Respectfully submitted,
**Brener & Kraus, LLC**

Douglas R. Kraus, Bar #26668
Susannah C. McKinney, Bar #24349
1627 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 302-7802
Facsimile: (504) 304-4759
*dkraus@brenerlawfirm.com*
*smckinney@brenerlawfirm.com*
*Attorneys for The Morgan Law Group*

**SERVICE INFORMATION APPEARS ON THE FOLLOWING PAGE**

FAX
JUL 17 2023
COPY

Ex. A - State Court Record

**PLEASE SERVE:**

**Matthew Averill**
**1102 West 22nd Avenue**
**Covington, Louisiana 70433**

**And**

**Brian G. Reaney, II**
**15780 Irene Road**
**Folsom, Louisiana 70437**

**And**

**Averill & Reaney Counselors At Law, LLC**
**Through its registered agent for service of process**
**Matthew Averill**
**1102 West 22nd Avenue**
**Covington, Louisiana 70433**

FAX
JUL 17 2023

COPY
Ex. A - State Court Record

# TRANSACTION REPORT

JUL/17/2023/MON 02:04 PM

FAX(RX)

| # | DATE | START T. | SENDER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|---|---|---|---|---|---|---|---|
| 001 | JUL/17 | 01:59PM | 5043044759 | 0:04:09 | 9 | OK | ECM | 9801 |

FAX

JUL 17 2023

Ex. A - State Court Record

COPY

**Katie Gilly**

**From:** notifier@faxfinder.cloud
**Sent:** Thursday, July 13, 2023 10:29 AM
**To:** Katie Gilly
**Subject:** Delivery Complete: DOUGLAS R KRAUS Message # 1840873
**Attachments:** 3847996024538.DOCUMENT.pdf

**Delivery Information:**

Message #: 1840873

Recipient Name: DOUGLAS R KRAUS
Recipient Company:

Delivery Date: 7/13/2023
Total Pages: 2
Transmit Time: 1 min : 13 sec

---

Delivered by **FaxFinder**

Effective August 1st, 2021 all faxes older than 90 days will be purged. Be sure to save any older faxes you need.



Melissa R. Henry

**CLERK OF COURT**
**22nd Judicial District Court**
**Parish of St. Tammany**

**Save Time and E-FILE! VISIT WWW.STTAMMANYCLERK.ORG**

This outgoing fax confirmation phone number does not accept fax filing

DATE OF CONFIRMATION: 07-13-23

FROM: St. Tammany Parish Clerk of Court

TO: DOUGLAS R KRAUS

PHONE: 985-809-8700

FILING PARTY: MORGAN LAW GROUP PA

FAX: 985-809-8777

FAX#: 504-304-4759

DATE FAX FILING RECEIVED: 07/13/23

SUIT CAPTION: MORGAN LAW GROUP VS MATTHEW AVERILL ET AL

DOCUMENT RECEIVED: PETITION FOR INJUNCTION

☐ **Duplicate** ☐ **Incomplete**

**SUIT NUMBER:** 2023-13560 C

**TOTAL AMOUNT DUE: $800**

**RECEIPT OF TRANSMISSION**

PLEASE ATTACH THIS FAXED RECEIPT OF TRANSMISSION TO THE FRONT PAGE OF THE ORIGINAL PLEADINGS WHEN FILING TO ENSURE THAT THE ORIGINALS ARE FILED IN THE SAME SUIT AS THE FAX FILING.
**PLACE NEW SUIT NUMBER ON ALL PLEADINGS.**

**La. R.S. 13:850.** Facsimile transmission; filings in civil actions; fees; equipment and supplies

A. Any **document** in a civil action may be filed with the clerk of court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions, and the clerks of court shall not intentionally turn off or disconnect the equipment used to receive facsimile filings. *Filing shall be deemed complete on the date and time indicated on the clerk of court facsimile transmission receipt.* No later than on the first business day after receiving a facsimile filing, the clerk of court shall transmit to the filing party via facsimile a confirmation of receipt and include a statement of the fees for the facsimile filing and filing of the original document. The facsimile filing fee and transmission fee are incurred upon receipt of the facsimile filing by the clerk of court and payable as provided in Subsection B of this Section. The facsimile filing shall have the same force and effect as filing the original document, if the filing party complies with Subsection B of this Section.

B. Within seven days, exclusive of legal holidays, after the clerk of court receives the facsimile filing, all of the following shall be delivered to the clerk of court:

(1) The original document identical to the facsimile filing in *number of pages and in content of each page including any attachments, exhibits, and orders.* A document not identical to the facsimile filing or which includes pages not included in the facsimile filing shall not be considered the original document.

(2) The fees for the facsimile filing and filing of the original document stated on the confirmation of receipt, if any. (This charge includes fees for (a) filing the faxed documents, (b) fax confirmation fee of $15.00 and (c) fee for filing of the original pleadings.)

(3) A transmission fee of five dollars.

C. **If the filing party fails to comply with any of the requirements of Subsection B of this Section, the facsimile filing shall have no force or effect.** The various district courts may provide by court rule for other matters related to filings by facsimile transmission.

**PLEASE CALL THE CLERK'S OFFICE IF YOU HAVE ANY QUESTIONS.**
**ATTENTION FILING CLERK**
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.

BRENER & KRAUS, LLC

1627 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
P (504) 302-7802
F (504) 304-4759

July 18, 2023

***Via Facsimile: (985) 809-8777***
Clerk of Court
22nd Judicial District Court
Parish of St. Tammany
701 North Columbia Street
Covington, Louisiana 70433

Re: The Morgan Law Group v. Matthew Averill, Brian G. Reaney, II, and Averill and Reaney Counselors at Law, LLC
22nd Judicial District Court No.: 2023-13653, Division "B"

To Whom It May Concern:

Attached please find Plaintiff, The Morgan Law Group, P.A.'s First Amended Petition for Damages related to the above referenced matter. Please fax-file the attached in the court record and upon receipt of your fax confirmation we will forward the original along with our firm check to cover the cost of filing and service via Federal Express.

Thank you in advance for your courtesies.

Cordially yours,

Douglas R. Kraus

DRK/cal
Attachment

LISA BRENER | 1954-2019 DOUGLAS R. KRAUS PARTNER | DKRAUS@BRENERLAWFIRM.COM
SUSANNAH C. MCKINNEY PARTNER | SMCKINNEY@BRENERLAWFIRM.COM

FAX
JUL 18 2023
COPY

TWENTY-SECOND JUDICIAL DISTRICT COURT FOR ST. TAMMANY PARISH

STATE OF LOUISIANA

NO.: 2023-13653 DIVISION "B"

THE MORGAN LAW GROUP

VERSUS

MATTHEW AVERILL, BRIAN G. REANEY, II, AND AVERILL AND REANEY COUNSELORS AT LAW, LLC

FILED ____________________ ____________________________

DEPUTY CLERK

******************************************************************************

## FIRST AMENDING PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes The Morgan Law Group, P.A., Plaintiff in the above captioned matter, who supplements and amendments its original Petition for Damages, which was filed on July 17, 2023.[1] Pursuant to La. C.C.P. Art. 1151(A), Plaintiff may amend its petition without leave of court at any time before the answer thereto is served. No Defendant has yet to be served and no answer has yet to be served. Therefore, Plaintiff amends its Petition as follows:

Plaintiff hereby restates Paragraphs 1-34 of its Petition as more fully stated herein and merely seeks to add as an additional Plaintiff, The Morgan Law Group of Louisiana, LLC as an additional Plaintiff and amends their Petition to state as follows:

1.

Plaintiff The Morgan Law Group, P.A., is a professional legal corporation with a principal place of business in Coral Gables, Florida and a registered office in St. Tammany Parish, Louisiana, and adds as an additional Plaintiff herein, The Morgan Law Group of Louisiana, LLC, a Louisiana Limited Liability Company is with its principal place of business and domiciled in St. Tammany Parish, Louisiana.

2.

Made Defendants herein are:

FAX
JUL 18 2023
COPY

[1] Attached hereto as Exhibit "A".

a) Matthew Averill, a member of Averill & Reaney Counselors at Law, LLC (hereinafter "Averill & Reaney"), and a former senior associate attorney with The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, believed to be a resident of and domiciled in St. Tammany Parish;

b) Brian G. Reaney, II, a member of Averill & Reaney, and a former senior associate attorney with The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, believed to be a resident of and domiciled in St. Tammany Parish; and

c) Averill & Reaney, Counselors at Law, LLC, a limited liability corporation with its principal place of business in St. Tammany Parish, Louisiana.

3.

Venue is proper in the Parish of St. Tammany, because Averill & Reaney is located in this parish, The Morgan Law Group of Louisiana, LLC is with its principal place of business and domiciled in this parish, and the tortious conduct at issue occurred within this parish as did the damages sustained by Plaintiff herein.

4.

On June 20, 2023, while still employed by The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, Matthew Averill and Brian G. Reaney, II formed and registered the limited liability corporation of Averill & Reaney Counselors at Law, LLC.

5.

On the afternoon of July 7, 2023, in an email to Thomas Morgan, Matthew Averill and Brian Reaney resigned from The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, effective immediately.

6.

During their employment with The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, Matthew Averill and Brian Reaney assisted with the management of cases filed by The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's Louisiana clients, primarily consisting of hurricane property damage claims.

7.

Prior to their resignation from The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, Matthew Averill and Brian Reaney came to an agreement to leave their employment with them, solicit The Morgan Law Group and The Morgan Law Group of Louisiana,

FAX
JUL 18 2023
COPY
Ex. A - State Court Record

LLC's Louisiana clients, including those with whom they had no significant client or personal contacts, defame The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, interfere with The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's contractual and business relations with their Louisiana Clients, commit fraud against The Morgan Law Group and The Morgan Law Group of Louisiana, LLC and take and convert any and all The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's data necessary in order to facilitate their civil conspiracy.

8.

Prior to their resignation from The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, Matthew Averill and Brian Reaney accessed and downloaded data from the Louisiana client files maintained in The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's case file database including those with whom they had no significant client or personal contacts.

9.

At least as early as the morning after their resignation from The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, Matthew Averill and Brian Reaney began directly soliciting The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's Louisiana clients, including those with whom they had no significant client or personal contacts.

10.

In their communications with The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's Louisiana clients, Matthew Averill and Brian Reaney misrepresented to the clients that The Morgan Law Group and The Morgan Law Group of Louisiana, LLC would not have an attorney licensed in Louisiana to handle their cases and that the clients would lose their cases or suffer detrimental consequences if they maintained representation by The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, in violation of Rule 7.4 of the Louisiana Rules of Professional Conduct.

11.

Prior to their resignation from The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, Matthew Averill and Brian Reaney delayed the processing and/or payment of settlements in cases in which a settlement agreement in principle had been reached and/or delayed the entry of data regarding those pending settlements into The Morgan Law Group and The

FAX
JUL 18 2023
COPY
Ex. A - State Court Record

Morgan Law Group of Louisiana, LLC's case management database in anticipation of their resignation from The Morgan Law Group and The Morgan Law Group of Louisiana, LLC and solicitation of their Louisiana clients.

12.

Matthew Averill and Brian Reaney, through their counsel, have expressed an intention to continue contacting the Louisiana clients of the Morgan Law Group and The Morgan Law Group of Louisiana, LLC and refused to limit their communications to those clients with whom Matthew Averill and Brian Reaney had significant client or personal contacts.

13.

The Morgan Law Group and The Morgan Law Group of Louisiana, LLC are no longer receiving pleadings and filing notices from the Federal Courts in Louisiana and believe that Matthew Averill and Brian Reaney changed their profiles with the federal courts and removed The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's email contacts from their Louisiana cases.

***Count One: Defamation***

14.

Upon information and belief, Plaintiff alleges that Defendants, Matthew Averill, Brian Reaney, and Averill & Reaney, defamed Plaintiffs to multiple individuals and entities on multiple occasions, by making false statements concerning Plaintiffs as set forth in this Petition, resulting in substantial, ongoing damage to Plaintiffs, including but not limited to damage to their reputation, interference with contractual relations with their clients, interference with their business relationships, and the loss of income and the potential for loss of future income.

15.

Matthew Averill and Brian Reaney's defamatory statements were made by them in the course and scope of their employment with Averill & Reaney, and as such, Averill & Reaney is liable for the damages sustained by Plaintiffs as a result of the defamatory statements made and published by Matthew Averill and Brian Reaney, and republished by 3rd parties to whom Matthew Averill, Brian Reaney and Averill & Reaney made the defamatory statements.

FAX
JUL 18 2023
COPY

Ex. A - State Court Record

***Count Two: Intentional Interference with The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's Contractual Relationships with their Louisiana Clients***

16.

Petitioners realleges and reasserts as applicable the foregoing allegations as if copied herein.

17.

Beginning on or about July 7, 2023, Matthew Averill and Brian Reaney started directly soliciting The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's Louisiana clients, including those with whom they had no significant client or personal contacts. The Morgan Law Group and The Morgan Law Group of Louisiana, LLC had existing contracts with each of their Louisiana clients, a fact that Mr. Averill and Mr. Reaney were acutely aware.

18.

Despite being aware of The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's existing contractual relationships with their Louisiana clients, Matthew Averill and Brian Reaney contacted virtually all of the Louisiana clients and misrepresented to them that The Morgan Law Group and The Morgan Law Group of Louisiana, LLC would not have an attorney licensed in Louisiana to handle their cases and the clients would lose their cases or suffer detrimental consequences if they maintained representation by The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, in violation of Rule 7.4 of the Louisiana Rules of Professional Conduct. These statements were false and defamatory.

19.

The actions of Matthew Averill, Brian Reaney, and Averill & Reaney, individually and collectively amount to Intentional Interference of Contractual Relations with The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's contracts with their Louisiana clients.

20.

As of this date, sixty (60) of The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's Louisiana clients have terminated their representation by The Morgan Law Group and The Morgan Law Group of Louisiana, LLC as a result of the misrepresentations of and interference by Matthew Averill, Brian Reaney, and Averill & Reaney.

21.

As such, Matthew Averill, Brian Reaney, and Averill & Reaney are liable to The Morgan Law Group and The Morgan Law Group of Louisiana, LLC for the damages they have sustained.

FAX
JUL 18 2023
COPY

Ex. A - State Court Record

and continue to sustain as a result of the loss of their compensation pursuant to their contracts with their Louisiana clients that have terminated, or will in the future terminate their representation with The Morgan Law Group and The Morgan Law Group of Louisiana, LLC based upon the misleading, false, and defamatory statements of Mr. Averill and Mr. Reaney.

***Count Three: Intentional Interference with The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's Business Relationships with its Louisiana Clients***

22.

Petitioners reallege and reassert as applicable the foregoing allegations as if copied herein.

23.

In addition to intentionally interfering with the Morgan Law Group and The Morgan Law Group of Louisiana, LLC's contractual relations with their Louisiana clients, the actions outlined above constitute tortious interference with The Morgan Law and The Morgan Law Group of Louisiana, LLC's business relationships.

24.

The actions of Matthew Averill, Brian Reaney, and Averill & Reaney, in misrepresenting to The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's Louisiana clients that they would not have an attorney licensed in Louisiana to handle their cases and that the clients would lose their cases or suffer detrimental consequences if they maintained representation by The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, constitutes malicious and wanton interference with The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's business relationships and does not protect a legitimate interest of the Defendants.

25.

The actions of Matthew Averill, Brian Reaney, and Averill & Reaney outlined above evidence that the Defendants improperly influenced The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's Louisiana clients not to deal with The Morgan Law Group and The Morgan Law Group of Louisiana, LLC. As such, the Defendants are liable to the Morgan Law Group and The Morgan Law Group of Louisiana, LLC for the damages they have sustained and continues to sustain as a result of the loss of their compensation pursuant to their business relationships with their Louisiana clients that have ceased their business relationships, or will cease their business relationships in the future with The Morgan Law Group and The Morgan Law Group of Louisiana, LLC based upon the misleading, false and defamatory statements of Mr. Averill and Mr. Reaney.

FAX
JUL 18 2023
COPY

Ex. A - State Court Record

***Count Four: Fraud***

26.

Petitioners reallege and reassert as applicable the foregoing allegations as if copied herein.

27.

Pursuant to LSA-C.C. Art 1953, fraud is a misrepresentation or a suppression of the truth made with the intention either to obtain an unjust advantage for one party or to cause a loss or inconvenience to the other. Fraud may also result from silence or inaction.

28.

The misleading, false and defamatory statements made by Matthew Averill, Brian Reaney, and Averill & Reaney to The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's Louisiana clients that The Morgan Law Group and The Morgan Law Group of Louisiana, LLC would not have attorneys licensed in Louisiana to handle their cases and that the clients would lose their cases or suffer detrimental consequences if they maintained representation by The Morgan Law Group and The Morgan Law Group of Louisiana, LLC were made with the intention of obtaining an unjust advantage over The Morgan Law Group and The Morgan Law Group of Louisiana, LLC. Therefore, the statements as outlined above constitute fraud on the part of the Defendants.

***Count Five: Conversion***

29.

Petitioners reallege and reassert as applicable the foregoing allegations as if copied herein.

30.

Conversion occurs when a party acquires possession in an unauthorized manner; moves property from one place to another with the intent to exercise control over it; transfers possession without authority; withholds possession from the owner/possessor; alters or destroys property; or uses it improperly.

31.

The Defendants' extraction of data relating to The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's Louisiana clients from the database created, operated, and maintained by The Morgan Law Group and The Morgan Law Group of Louisiana, LLC for Defendants' own unauthorized purposes and improper use of soliciting the Louisiana clients of

FAX
JUL 18 2023
COPY

Ex. A - State Court Record

The Morgan Law Group and The Morgan Law Group of Louisiana, LLC constitutes unlawful conversion of The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's property.

***Count Six: Civil Conspiracy***

32.

Petitioners reallege and reassert as applicable the foregoing allegations as if copied herein.

33.

The Defendants agreement to leave their employment with The Morgan Law Group and The Morgan Law Group of Louisiana, LLC prior to their resignation, solicit The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's Louisiana clients, including those with whom they had no significant client or personal contacts, defame The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, interfere with The Morgan Law Group and The Morgan Law Group of Louisiana, LLC's contractual and business relations with their Louisiana Clients, commit fraud against The Morgan Law Group and The Morgan Law Group of Louisiana, LLC and take and convert any and all The Morgan Law Group and The Morgan Law Group of Louisiana, LLC data necessary in order to facilitate their agreement amounts to a civil conspiracy under Louisiana Civil Code Article 2324 and therefore, the Defendants are answerable, in solido, for the damages caused by their acts including those outlined in Counts One through Five outlined herein.

***Trial by Jury***

34.

The amount in controversy far exceeds $10,000, and Plaintiffs are entitled to and requests a trial by jury.

WHEREFORE, Plaintiffs, The Morgan Law Group and The Morgan Law Group of Louisiana, LLC, pray that Matthew Averill, Brian Reaney, and Averill & Reaney, be served with this lawsuit and that judgment be issued against Defendants for an award individually, jointly, and/or *in solido*, for all damages sustained by Plaintiffs, including but not limited to for all amounts owed to it pursuant to its contracts with its Louisiana clients, loss of attorney's fees from those contracts, damage to its reputation, past interference with its representation of its Louisiana clients, for Defendants' tortious interference with Plaintiffs' contractual and business relationships, the fraudulent actions of Defendants, the conversion of Plaintiffs' client data and files, and economic damages, relating thereto, including penalties, costs, and attorney's fees.

FAX
JUL 18 2023
COPY

Ex. A - State Court Record

Respectfully submitted,
**Brener & Kraus, LLC**

Douglas R. Kraus, Bar #26668
Susannah C. McKinney, Bar #24349
1627 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 302-7802
Facsimile: (504) 304-4759
*dkraus@brenerlawfirm.com*
*smckinney@brenerlawfirm.com*
*Attorneys for The Morgan Law Group and The Morgan Law Group of Louisiana, LLC*

**PLEASE SERVE:**

**Matthew Averill**
**1102 West 22nd Avenue**
**Covington, Louisiana 70433**

**And**

**Brian G. Reaney, II**
**15780 Irene Road**
**Folsom, Louisiana 70437**

**And**

**Averill & Reaney Counselors At Law, LLC**
**Through its registered agent for service of process**
**Matthew Averill**
**1102 West 22nd Avenue**
**Covington, Louisiana 70433**

FAX
JUL 18 2023
COPY

Ex. A - State Court Record



**TWENTY-SECOND JUDICIAL DISTRICT COURT FOR ST. TAMMANY PARISH**

**STATE OF LOUISIANA**

**NO.:** **DIVISION " "**

**THE MORGAN LAW GROUP**

**VERSUS**

**MATTHEW AVERILL, BRIAN G. REANEY, II, AND AVERILL AND REANEY COUNSELORS AT LAW, LLC**

**FILED** ____________________ ____________________

**DEPUTY CLERK**

******************************************************************************

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes The Morgan Law Group, P.A., a professional legal corporation with a principal place of business in Coral Gables, Florida who represents:

1.

The Morgan Law Group, P.A., is a professional legal corporation with a principal place of business in Coral Gables, Florida and a registered office in St. Tammany Parish, Louisiana.

2.

Made Defendants herein are:

a) Matthew Averill, a member of Averill & Reaney Counselors at Law, LLC (hereinafter "Averill & Reaney"), and a former senior associate attorney with The Morgan Law Group, believed to be a resident of and domiciled in St. Tammany Parish;

b) Brian G. Reaney, II, a member of Averill & Reaney, and a former senior associate attorney with The Morgan Law Group, believed to be a resident of and domiciled in St. Tammany Parish; and

c) Averill & Reaney, Counselors at Law, LLC, a limited liability corporation with its principal place of business in St. Tammany Parish, Louisiana.

3.

Venue is proper in the Parish of St. Tammany, because Averill & Reaney is located in this parish, the Louisiana office of The Morgan Law Group is located in this parish, and the tortious conduct at issue occurred within this parish as did the damages sustained by Plaintiff herein.

FAX
JUL 18 2023
COPY



4.

On June 20, 2023, while still employed by The Morgan Law Group, Matthew Averill and Brian G. Reaney, II formed and registered the limited liability corporation of Averill & Reaney Counselors at Law, LLC.

5.

On the afternoon of July 7, 2023, in an email to Thomas Morgan, Matthew Averill and Brian Reaney resigned from The Morgan Law Group effective immediately.

6.

During their employment with The Morgan Law Group, Matthew Averill and Brian Reaney assisted with the management of cases filed by The Morgan Law Group's Louisiana clients, primarily consisting of hurricane property damage claims.

7.

Prior to their resignation from The Morgan Law Group, Matthew Averill and Brian Reaney came to an agreement to leave their employment with it, solicit The Morgan Law Group's Louisiana clients, including those with whom they had no significant client or personal contacts, defame The Morgan Law Group, interfere with The Morgan Law Group's contractual and business relations with its Louisiana Clients, commit fraud against The Morgan Law Group and take and convert any and all The Morgan Law Group data necessary in order to facilitate their civil conspiracy.

8.

Prior to their resignation from The Morgan Law Group, Matthew Averill and Brian Reaney accessed and downloaded data from the Louisiana client files maintained in The Morgan Law Group's case file database including those with whom they had no significant client or personal contacts.

9.

At least as early as the morning after their resignation from The Morgan Law Group, Matthew Averill and Brian Reaney began directly soliciting The Morgan Law Group's Louisiana clients, including those with whom they had no significant client or personal contacts.

10.

In their communications with The Morgan Law Group's Louisiana clients, Matthew Averill and Brian Reaney misrepresented to the clients that The Morgan Law Group would not

FAX
JUL 18 2023
COPY

Ex. A - State Court Record

have an attorney licensed in Louisiana to handle their cases and that the clients would lose their cases or suffer detrimental consequences if they maintained representation by The Morgan Law Group, in violation of Rule 7.4 of the Louisiana Rules of Professional Conduct.

11.

Prior to their resignation from The Morgan Law Group, Matthew Averill and Brian Reaney delayed the processing and/or payment of settlements in cases in which a settlement agreement in principle had been reached and/or delayed the entry of data regarding those pending settlements into The Morgan Law Group's case management database in anticipation of their resignation from The Morgan Law Group and solicitation of The Morgan Law Group's Louisiana clients.

12.

Matthew Averill and Brian Reaney, through their counsel, have expressed an intention to continue contacting the Louisiana clients of the Morgan Law Group and refused to limit their communications to those clients with whom Matthew Averill and Brian Reaney had significant client or personal contacts.

13.

The Morgan Law Group is no longer receiving pleadings and filing notices from the Federal Courts in Louisiana and believes that Matthew Averill and Brian Reaney changed their profiles with the federal courts and removed The Morgan Law Group's email contacts from The Morgan Law Group's Louisiana cases.

***<u>Count One: Defamation</u>***

14.

Upon information and belief, Plaintiff alleges that Defendants, Matthew Averill, Brian Reaney, and Averill & Reaney, defamed Plaintiff to multiple individuals and entities on multiple occasions, by making false statements concerning Plaintiff as set forth in this Petition, resulting in substantial, ongoing damage to Plaintiff, including but not limited to damage to its reputation, interference with contractual relations with its clients, interference with its business relationships, and the loss of income and the potential for loss of future income.

15.

Matthew Averill and Brian Reaney's defamatory statements were made by them in the course and scope of their employment with Averill & Reaney, and as such, Averill & Reaney is liable for the damages sustained by Plaintiff as a result of the defamatory statements made and

FAX
JUL 18 2023
COPY

Ex. A - State Court Record

published by Matthew Averill and Brian Reaney, and republished by 3rd parties to whom Matthew Averill, Brian Reaney and Averill & Reaney made the defamatory statements.

***<u>Count Two: Intentional Interference with The Morgan Law Group's Contractual Relationships with its Louisiana Clients</u>***

16.

Petitioner realleges and reasserts as applicable the foregoing allegations as if copied herein.

17.

Beginning on or about July 7, 2023, Matthew Averill and Brian Reaney started directly soliciting The Morgan Law Group's Louisiana clients, including those with whom they had no significant client or personal contacts. The Morgan Law Group had existing contracts with each of its Louisiana clients, a fact that Mr. Averill and Mr. Reaney were acutely aware.

18.

Despite being aware of The Morgan Law Group's existing contractual relationships with its Louisiana clients, Matthew Averill and Brian Reaney contacted virtually all of the Louisiana clients and misrepresented to them that The Morgan Law Group would not have an attorney licensed in Louisiana to handle their cases and the clients would lose their cases or suffer detrimental consequences if they maintained representation by The Morgan Law Group, in violation of Rule 7.4 of the Louisiana Rules of Professional Conduct. These statements were false and defamatory.

19.

The actions of Matthew Averill, Brian Reaney, and Averill & Reaney, individually and collectively amount to Intentional Interference of Contractual Relations with The Morgan Law Group's contracts with its Louisiana clients.

20.

As of this date, sixty (60) of The Morgan Law Group's Louisiana clients have terminated their representation by The Morgan Law Group as a result of the misrepresentations of and interference by Matthew Averill, Brian Reaney, and Averill & Reaney.

21.

As such, Matthew Averill, Brian Reaney, and Averill & Reaney are liable to The Morgan Law Group for the damages it has sustained and continues to sustain as a result of the loss of its

FAX
JUL 18 2023
COPY
Ex. A - State Court Record

compensation pursuant to its contracts with its Louisiana clients that have terminated, or will in the future terminate their representation with The Morgan Law Group based upon the misleading, false, and defamatory statements of Mr. Averill and Mr. Reaney.

***Count Three: Intentional Interference with The Morgan Law Group's Business Relationships with its Louisiana Clients***

22.

Petitioner realleges and reasserts as applicable the foregoing allegations as if copied herein.

23.

In addition to intentionally interfering with the Morgan Law Group's contractual relations with its Louisiana clients, the actions outlined above constitute tortious interference with The Morgan Law's business relationships.

24.

The actions of Matthew Averill, Brian Reaney, and Averill & Reaney, in misrepresenting to The Morgan Law Group's Louisiana clients that it would not have an attorney licensed in Louisiana to handle their cases and that the clients would lose their cases or suffer detrimental consequences if they maintained representation by The Morgan Law Group, constitutes malicious and wanton interference with The Morgan Law Group's business relationships and does not protect a legitimate interest of the Defendants.

25.

The actions of Matthew Averill, Brian Reaney, and Averill & Reaney outlined above evidence that the Defendants improperly influenced The Morgan Law Group's Louisiana clients not to deal with The Morgan Law Group. As such, the Defendants are liable to the Morgan Law Group for the damages it has sustained and continues to sustain as a result of the loss of its compensation pursuant to its business relationships with its Louisiana clients that have ceased their business relationships, or will cease their business relationships in the future with The Morgan Law Group based upon the misleading, false and defamatory statements of Mr. Averill and Mr. Reaney.

***Count Four: Fraud***

26.

Petitioner realleges and reasserts as applicable the foregoing allegations as if copied herein.

27.

FAX
JUL 18 2023
COPY

Ex. A - State Court Record

Pursuant to LSA-C.C. Art 1953, fraud is a misrepresentation or a suppression of the truth made with the intention either to obtain an unjust advantage for one party or to cause a loss or inconvenience to the other. Fraud may also result from silence or inaction.

28.

The misleading, false and defamatory statements made by Matthew Averill, Brian Reaney, and Averill & Reaney to The Morgan Law Group's Louisiana clients that The Morgan Law Group would not have attorneys licensed in Louisiana to handle their cases and that the clients would lose their cases or suffer detrimental consequences if they maintained representation by The Morgan Law Group were made with the intention of obtaining an unjust advantage over The Morgan Law Group. Therefore, the statements as outlined above constitute fraud on the part of the Defendants.

***Count Five: Conversion***

29.

Petitioner realleges and reasserts as applicable the foregoing allegations as if copied herein.

30.

Conversion occurs when a party acquires possession in an unauthorized manner; moves property from one place to another with the intent to exercise control over it; transfers possession without authority; withholds possession from the owner/possessor; alters or destroys property; or uses it improperly.

31.

The Defendants' extraction of data relating to The Morgan Law Group's Louisiana clients from the database created, operated, and maintained by The Morgan Law Group for Defendants' own unauthorized purposes and improper use of soliciting the Louisiana clients of The Morgan Law Group constitutes unlawful conversion of The Morgan Law Group's property.

***Count Six: Civil Conspiracy***

32.

Petitioner realleges and reasserts as applicable the foregoing allegations as if copied herein.

33.

The Defendants agreement to leave their employment with The Morgan Law Group prior to their resignation, solicit The Morgan Law Group's Louisiana clients, including those with whom they had no significant client or personal contacts, defame The Morgan Law Group, interfere with The Morgan Law Group's contractual and business relations with its Louisiana Clients, commit

FAX
JUL 18 2023
COPY

Ex A - State Court Record

fraud against The Morgan Law Group and take and convert any and all The Morgan Law Group data necessary in order to facilitate their agreement amounts to a civil conspiracy under Louisiana Civil Code Article 2324 and therefore, the Defendants are answerable, in solido, for the damages caused by their acts including those outlined in Counts One through Five outlined herein.

***Trial by Jury***

34.

The amount in controversy far exceeds $10,000, and Plaintiff is entitled to and requests a trial by jury.

WHEREFORE, Plaintiff, The Morgan Law Group, prays that Matthew Averill, Brian Reaney, and Averill & Reaney, be served with this lawsuit and that judgment be issued against Defendants for an award individually, jointly, and/or *in solido*, for all damages sustained by Plaintiff, including but not limited to for all amounts owed to it pursuant to its contracts with its Louisiana clients, loss of attorney's fees from those contracts, damage to its reputation, past interference with its representation of its Louisiana clients, for Defendants' tortious interference with Plaintiff's contractual and business relationships, the fraudulent actions of Defendants, the conversion of Plaintiff's client data and files, and economic damages, relating thereto, including penalties, costs, and attorney's fees.

Respectfully submitted,
**Brener & Kraus, LLC**

Douglas R. Kraus, Bar #26668
Susannah C. McKinney, Bar #24349
1627 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 302-7802
Facsimile: (504) 304-4759
*dkraus@brenerlawfirm.com*
*smckinney@brenerlawfirm.com*
*Attorneys for The Morgan Law Group*

**SERVICE INFORMATION APPEARS ON THE FOLLOWING PAGE**

FAX
JUL 18 2023
COPY

Ex. A - State Court Record

**PLEASE SERVE:**

**Matthew Averill**
**1102 West 22nd Avenue**
**Covington, Louisiana 70433**

**And**

**Brian G. Reaney, II**
**15780 Irene Road**
**Folsom, Louisiana 70437**

**And**

**Averill & Reaney Counselors At Law, LLC**
**Through its registered agent for service of process**
**Matthew Averill**
**1102 West 22nd Avenue**
**Covington, Louisiana 70433**

FAX
JUL 18 2023
COPY
Ex. A - State Court Record

# TRANSACTION REPORT

JUL/18/2023/TUE 12:44 PM

FAX(RX)

| # | DATE | START T. | SENDER | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|---|---|---|---|---|---|---|
| 001 | JUL/18 | 12:35PM | 5043044759 | 0:08:23 | 18 | OK ECM | 9820 |

Ex. A - State Court Record